# Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JAMES SELBY,

        Plaintiff,

vs.

CITY OF UTICA, MARK WILLIAMS, Chief of Police
for the Utica City Police Department, OFFICER
MICHAEL P. CURLEY, OFFICER
DAVID V. SINGE, INVESTIGATOR MARK FIELDS,
SERGEANT DAVID MATRULLI and
OFFICER MICHAEL PETRIE,

        Defendants.
_____

STIPULATION OF DISCONTINUANCE

Civ. No. 6:13-cv-1255
(FJS-ATB)

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, pursuant to FRCP 41, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is **discontinued and dismissed with prejudice**, without costs, including but not limited to attorneys fees, to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

1

Dated: June 1, 2014 [July handwritten above June]

_____
David A. Longeretta, Esq.
*Attorney for Plaintiff*
298 Genesee Street
Utica, NY 13502
(315) 735-6162

Dated: June 1, 2014 [July handwritten above June]

_____
William M. Borrill, Esq.
Corporation Counsel
By: Zachary C. Oren, Esq.
Assistant Corporation Counsel
*Attorneys for Defendants*
1 Kennedy Plaza
Utica, New York 13502
(315) 792-0171

SO ORDERED:

_____
Honorable ~~Andrew T. Baxter, U.S. Magistrate Judge~~ Frederick J Scullin
U.S. District Court N.D.N.Y.

Date: July 3, 2014